AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00121 |
| Mark Nealy | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 06/07/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                                      **Mark Nealy**                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☒ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly or Disruptive Conduct in, a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date:  06/08/2023                                                           *Issuing officer's signature*

City and state:           Washington, D.C.                    Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/8/2023 , and the person was arrested on *(date)* 6/13/2023
at *(city and state)* Harrisburg  PA   .

Date: 6/13/2023                                                             *Arresting officer's signature*

                                                              TFO Jordan Deremer
                                                              *Printed name and title*